UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOSAZIG MEDHANI,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.:  3:26-cv-2090-CAB-JLB

**ORDER FOR A BOND HEARING**

Pending before the Court is Petitioner Mosazig Medhani's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 9 ("Petition").]  Petitioner claims that he has been unlawfully detained by Immigration and Customs Enforcement ("ICE") since March 2025.  [*Id.* at 2.]

Respondents "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 12 at 1.]

//

///

///

///

3:26-cv-2090-CAB-JLB

The Court thus **ORDERS** Respondents to provide Petitioner Mosazig Medhani an individualized bond hearing before an immigration judge as described above by **May 27, 2026**.  The Clerk of the Court shall close the case on June 3, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated: May 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2090-CAB-JLB