UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOSAZIG MEHARI MEDHANI,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.: 26-cv-2090-CAB-JLB

**ORDER:**

**(1) DENYING MOTION TO ENFORCE JUDGMENT, [Doc. No. 16; and**

**(2) GRANTING MOTION TO SUBSTITUTE COUNSEL, [Doc. No. 15].**

Presently before the Court is Petitioner Mosazig Mehari Medhani's Motion to Enforce Judgment ("Motion"). [Doc. No. 16.] This Court previously ordered Respondents to provide Petitioner an individualized bond hearing, "where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 14 at 1; Doc. No. 12 at 1.] On May 27, 2026, Petitioner received a bond hearing during which the Immigration Judge ("IJ") denied a change in custody status and found Petitioner was a significant flight risk. [Doc. No. 16 at 5; Doc. No. 16-2 at 1.] On June 22, 2026, Petitioner timely appealed the IJ's decision to the Board of Immigration Appeals ("BIA"), which remains pending. [Doc. No. 16 at 3; Doc. No. 16-3.] Petitioner's Motion before this Court challenges the "constitutional adequacy" of the bond hearing and resulting decision and asks the Court to

order his immediate release or, in the alternative, a "constitutionally compliant bond hearing." [Doc. No. 16 at 11, 19.]

The Court denies the Motion. As the Ninth Circuit has explained, a petitioner must exhaust administrative remedies "by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011). Only once Petitioner has exhausted his administrative remedies by appealing to *and* receiving a decision from the BIA may he seek relief on that bond determination via a habeas petition to this Court. The Court therefore **DENIES** the Motion. [Doc. No. 16.]

The Court **GRANTS** the motion to substitute counsel. [Doc. No. 15.]

It is **SO ORDERED.**

Dated: September 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge